In the Matter of the Claim of NEVILLE FRANCIS, Appellant, v JEWELRY BOX CORPORATION OF AMERICA et al., Respondents, and SPECIAL FUND FOR REOPENED CASES, Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Submitted August 17, 2015; decided October 20, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.